# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

128710

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EARL ANTHONY JOHNSON,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128710
COA: 252510
Wayne CC: 03-004266-01

_____/

      On order of the Court, the application for leave to appeal the March 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would remand this case for resentencing.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

s0120

_____
Clerk